

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2020

No. 04-19-00761-CV

**IN RE COMMITMENT OF KEVIN JOHNSON**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23245
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court